**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Anthony B. BENAVIDES,**
**Defendant–Appellant.**

**No. 03–10567.**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

April 21, 2004.

Ralph Franklin Shilling, Jr., US Department of Justice, Leonard A. Senerote, Susan B. Cowger, US Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Anthony B. Benavides, #36545–198, Adelanto, CA, pro se.

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM.*

The Assistant Federal Public Defender appointed to represent Anthony Benavides has filed a motion to withdraw as counsel and a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Benavides has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. The motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.